UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA KENNEDY,

                Plaintiff,

-against-

GUIDING EYES FOR THE BLIND,

                Defendant.

21-CV-7977 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 4, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On October 6, 2021, Plaintiff filed a letter informing the Court that Senator Schumer told her that her dogs are being starved and then shot, and that the National Security Agency told her that Defendant is using a torture sheet prepared by John Roberts, with the starving idea coming from a sheriff's deputy. (ECF No. 6.) Plaintiff ends her letter with the following sentence, "I pay no fees for this under the law," but Plaintiff has not filed an IFP application or paid the fees, as directed by the Court's October 4, 2021 order. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                              Chief United States District Judge